UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAYES,<br><br>    Plaintiff,<br><br>    v.<br><br>FACEBOOK,<br><br>    Defendant. | Case No.19-cv-02106-EDL<br><br>**ORDER TRANSFERRING CASE** |

On April 18, 2019, Plaintiff Thomas Hayes filed a complaint against Defendant Facebook for defamation, as well as an application to proceed in forma pauperis. Recently, Judge Hixson dismissed a similar complaint brought by Plaintiff against Facebook and gave Plaintiff leave to amend. See Hayes v. Facebook et al., Case No. 3:19-cv-01297-TSH.

Civil L.R. 3-3(c) provides that "[i]f any civil action or claim of a civil action is dismissed and is subsequently refiled," the judge to whom it is assigned "may transfer the refiled action to the Judge originally assigned to the action which had been dismissed." Accordingly, under Civil L.R. 3-3(c), the Court transfers this case to Judge Hixson.

**IT IS SO ORDERED.**

Dated: April 26, 2019

ELIZABETH D. LAPORTE
United States Magistrate Judge