1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS HAYES,

          Plaintiff,

    v.

FACEBOOK, et al.,

          Defendants.

Case No.  19-cv-01297-TSH

**ORDER CONSOLIDATING CASES AND REQUESTING CLARIFICATION**

THOMAS HAYES,

          Plaintiff,

    v.

FACEBOOK,

          Defendant.

Case No.  19-cv-02106 TSH

On September 12, 2018, pro se Plaintiff Thomas Hayes sued Defendants Facebook, Inc. and Mark Zuckerberg for defamation concerning warnings Facebook posted about clicking on the links to Hayes's own website or his email address.  *See Hayes v. Facebook*, C-19-1297 TSH, ECF No. 1.  Hayes was granted in forma pauperis status in that case.  ECF No. 8.  On March 28, 2019, the Court granted Defendants' motion to dismiss and gave Hayes leave to amend within 30 days. ECF No. 61.  As part of its order, the Court noted that, other than listing Zuckerberg on the caption page and naming him as a defendant, Hayes's complaint contained no factual allegations against him.

On April 18, 2019, Hayes filed a new case based on the same factual allegations, but with Facebook as the only named defendant.  *See Hayes v. Facebook*, C-19-2106, ECF No. 1.  Both

cases are now pending before the undersigned.  Accordingly, because the two cases involve common questions of fact and law, the Court **CONSOLIDATES** the cases pursuant to Federal Rule of Civil Procedure 42.

At the same time, the deadline for Hayes to amend in C-19-1297 was April 29, 2019, but he did not file an amended complaint in that case.  Based on the timing of Hayes's complaint in 19-2106, it is unclear whether he intended to file a new case or an amended complaint in 19-1297. Accordingly, the Court **ORDERS** Hayes to clarify his intention by May 23, 2019.  Specifically, Hayes shall file a notice stating whether his April 18, 2019 complaint is (1) intended to be an amended complaint in his original case, 19-1297; or (2) intended as a new case, separate from 19-1297.

**IT IS SO ORDERED.**

Dated: May 6, 2019

THOMAS S. HIXSON
United States Magistrate Judge