IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
Honorable Magistrate Judge Thomas S. Hixson

Civil Action No. 19-cv-2106-TSH.

THOMAS HAYES,
    Plaintiff,

v.

FACEBOOK,
    Defendant.

**FILED**

AUG 12 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---

**MOTION FOR SUMMARY JUDGEMENT UNDER RULE 56 (c)**
**And Addendum**

---

**COME NOW** Plaintiff, Thomas Hayes, and moves for summary judgement pursuant to Fed

R. Civ. P. 56(c) on claims one and two listed in case 19-cv-2106-TSH. Plaintiff seeks

compensatory, general and punitive damages and declaratory relief under 28 U.S.C. § 1332.

Plaintiff brings this lawsuit pursuant to California Civil Code 45 libel per se and California

Civil Code 45a libel per quod due to actual damages ; and, 48a general, special and

exemplary damages :

1

CLAIMS AND RELIEF UPON WHICH JUDGMENT IS SOUGHT

A. Plaintiff is entitled to Summary Judgment on Claim 1 and Claim 2: Libel, Cal Civ Code 45 and accompanying codes as plead.

1. Burden of proof and elements

"[California] Civil Code section 45 defines libel as "a false and unprivileged publication by writing ... which exposes any person to hatred, contempt, ridicule, or obloquy, or which causes him to be shunned or avoided, or which has a tendency to injure him in his occupation." (Italics added.) [1] We have said that libel includes "almost any language which, upon its face, has a natural tendency to injure a person's reputation."  (citation omitted). Slaughter v. Friedman , 32 Cal.3d 149 [L.A. No. 31541. Supreme Court of California. August 23, 1982.]  Because the factual evidence had been posted publically and captured by screen-pictures and the Plaintiff submits Slaughter v. Friedman , 32 Cal.3d 149 [L.A. No. 31541, Supreme Court of California. August 23, 1982.] is on-point:  "We agree with Moore. The qualified privilege under Civil Code section 47, subdivision 3, is sufficient to protect persons in defendants' position who, though required by law to communicate with others, nonetheless maintain control over the contents of those communications. In the present case, plaintiff has alleged that defendants acted maliciously. Assuming, for pleading purposes, that this allegation is true, no discernible or compelling reason exists for denying him recovery for defendants' malicious libel."  Slaughter v. Friedman ,Id supra.

<u>2. Elements that can be proven for the Plaintiff from the record</u>

From approximately July 10th, 2018 until September 12th, 2018, as discovered by the Plaintiff after the fact, the Defendant publicly posted this message and displayed it to all active FACEBOOK users, investors and viewers whenever they clicked on Plaintiff's web-page or email address: *"BLOCKED - We believe the link you are trying to visit is malicious. For your safety, we have blocked it.."* See **INITIAL DISCOVERY APPENDED AND DESCRIPTION OF CONTENTS Item D-1.** During the same time whenever a viewer clicked on any of the Plaintiff's web-pages this is the Facebook generated message they viewed: *"You Can't Go to This Link From Facebook. The link you tried to visit goes against our Community Standards."* **Item D-2**.  After September 22nd, 2018, the "malicious" post had been changed by FACEBOOK to:  *"Instagram - Sorry this page isn't available. - The link you followed may be broken, or the page may have been removed. Go back to Instagram."* This page and message is still blocking Plaintiff's email address.  The above Instagram blocking message came long after a retraction had clearly been requested and without apology of any sort.

Element 1:

The defendant, Facebook, published or caused to be published the statements at issue. All the Facebook statements submitted with this motion have the Facebook logo on them: Facebook printed the Libelous statement and signed the libel with their logo and identification (see Addendum Items D-1, D-2, D-3 and D-7).

Element 2.:

The statements at issue caused the plaintiff actual and special damages and damages due to per se libel.

At the time the "malicious" statement had been made the Plaintiff had been negotiating a variable of start-up funding options as well as some environmental grant options. The fact that this is a renewable energy project makes the financial phase of this project very sensitive. The disruptions that the Defendant has caused the Plaintiff cannot be understated nor should be underestimated, this is a $30,000,000 project as delineated in the administrative costs, the moment a prospective investor, angel money, hedge fund or principle investor of any kind concludes there may be a problem with the Plaintiff's veracity, business acumen, reputation or ability to handle his critics they will walk away without any possibility of the Plaintiff reaching his predetermined goal of $30,000,000 as delineated in Plaintiff's Start-Up Cost to fit the previously made bid submitted by a reputable

manufacturing and automation company.  Seventh Generation Fuels LLC Business Plan for Fiscal Year 2019-2020  had the delineated amounts listed per item under the Administrative Start-Up Cost prior to the June 28th, 2018, the date of the Facebook account registration for the Plaintiff.  Compensatory Damages should be awarded to the Plaintiff as a result of the damage and controversy incurred in reputation and momentum from the negligent behavior and reckless disregard of the Defendant's actions.

In addition to the actual damage of the Plaintiff's vetting actions in pushing away the $30,000,000 Start-Up Costs in claim one, there is sufficient actionable damages in claim two as well.  There is enough emotional distress suffered sufficient to receive punitive damages. There is continuing harm in what occurred when Facebook blocked and intercepted the contact that the Plaintiff had made long enough to get a message from his PTSD war veteran son who has been missing since his mother's funeral stating that he "loved and missed" his father, the Plaintiff.  Immediately afterwards all contact had been lost, circumvented and prevented by Facebook's actions (See **Items D-6 and D-7)**.  Facebook blocked the Plaintiff's response from reaching his missing son because it included the email link santeeseven@yahoo.com , Plaintiff included this so his son could get a hold of him and make contact; this is the same email address Facebook has been sending their legal correspondence through.  The Plaintiff request $33,080,000 as pleaded in the complaint for special, actual and punitive damages.

Element 3:

The substance or gist of the "malicious" statement was false at the time it was published. And the Defendant knew that the statements were about the Plaintiff and were false or the Defendant made the statements with reckless disregard as to whether they were false.

The defendant can not aver that the libel had been against his accompanying Seventh Generation Fuels LLC (SGF-LLC) Facebook page because it never got spammed in 2018 and had only one post during the actionable period, while the Thomas Hayes Facebook page had 63 post's touting his Patent 9057024,  his business SGF-LLC and his business objectives between June 28th and December 31, 2018.  Again although it was part of an overall business strategy to open both pages in 2018, it had been the intention to keep the SGF-LLC page free of posts until one of the business objectives or a significant gain had been made. The libel was intentional and directed at the Plaintiff: Thomas Hayes.

The fact that all of the approximately six attorneys on record for the Defendant have used the email link in question: santeeseven@yahoo.com in their court filings shows a reckless disregard for the truth or falsity of the "malicious" statement.

Element 4:

At the time of the initial publication Facebook viewers did see the libel and have submitted AFFIDAVITS to that fact (See **Items D-4 and D5**). And, they knew it was Thomas Hayes, the Plaintiff, who owned Seventh Generation Fuels LLC and used the email link santeeseven@yahoo.com and that those were Thomas Hayes' web-pages that are listed on Thomas Hayes' Facebook ABOUT page (see **Items D-8 and D-9**). Facebook of course knew who Thomas Hayes was because it is their media and they have to make it a point to know what client's information is real and how it should be protected.  Malicious is a bad word to call anyone either directly or connotatively, it's meaning is:  "malicious: adjective, ma·li·cious | \mə-ˈli-shəs, having or showing a desire to cause harm to someone : given to, marked by, or arising from malice" From Merriam-Webster online dictionary.  It is actually the descriptive word used in Slaughter v. Friedman, Id above.

Under any defamation standard to reach, and even where a heightened burden applies the Plaintiff respectfully submits he has reached that point. The pro se Plaintiff has pleaded all Calf Civ Code 45, 45a and 48 because he is due actual damages which include Plaintiff's Start-Up Cost as well as special, punitive and exemplary damages.

Fed. R. Civ. P. 56(c) provides that: [Summary judgment] shall be rendered forthwith if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the

affidavits, if any, show that there is no genuine issue as to any material fact and that the

moving party is entitled to a judgment as a matter of law.

## **CONCLUSION**

Based on the evidence made public and submitted to this honorable court it is in the interest

of justice and expediency that this court grant in full the Plaintiff's Rule 56 (c) Motion and

allow summary judgement for the full amount in the relief requested.

I declare (or certify, verify, or state) under penalty of perjury that the
foregoing is true and correct. Executed on August_____ 6th_____, 2019.

Thomas Hayes, pro se Plaintiff
1535 Franklin Street - #4F
Denver, CO 80218
santeeseven@yahoo.com
Telephone number 720-391-5133

Gavin Thole
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Gthole@keker.com

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
SAN FRANCISCO, CALIFORNIA 94102

CERTIFICATE OF SERVICE

I hereby certify that the foregoing **MOTION FOR SUMMARY JUDGEMENT UNDER RULE 56 (c)** was served by and upon its filing with this Court by depositing in the U.S. Mail to the addresses set forth above on August_____6TH_____, 2019,

THOMAS HAYES - Pro Se Plaintiff.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
Honorable Magistrate Judge Thomas S. Hixson

Civil Action No. 19-cv-2106-TSH

THOMAS HAYES,
 Plaintiff,
v.
FACEBOOK,
 Defendant.

_____

Rule 56 (c) Addendum and Publicly Posted Evidentiary Items and Witness Affidavits

_____

Item D-1: The Facebook generated libelous statement describing the Plaintiff
as "malicious".

Item D-2: The Facebook generated statement that states "You Can't Go To
This Link From Facebook. The link you tried to visit goes against our Community
Standards."

Item D-3: The Facebook generated statement that replaced, without apology,
the "malicious" statement listed herein as D-1 which states "Instagram - Sorry this page
isn't available. - The link you followed may be broken, or the page may have been
removed. Go back to Instagram." Currently this page is still blocking Plaintiff's email
address: santeeseven@yahoo.com .

Item D-4: Affidavit from Facebook viewer Sharon Hayes dated April 27th,
2019, stating she viewed both Facebook statements listed herein as D-1, D2 (D-3 is
currently still being generated).

Item D-5: Two Affidavits from Facebook viewer Christiane Ristau dated May
31st, 2019, stating she viewed both the above Facebook statements.

Item D-6: The Facebook messaging application notification that the Plaintiff and his Son Mato Hayes can message each other and the message from the Plaintiff's missing Marine war hero son Mato Hayes stating: "I love you and miss you Dad."

Item D-7: The Facebook messaging application notification stating the Plaintiff's return message to his son had been blocked: "This message was removed because it includes a link that goes against our Community Standards."

Item D-8: The Facebook generated ABOUT page for THOMAS HAYES showing the Seventh Generation Fuels LLC LOGO and listing the Plaintiff's web pages and email addresses.

Item D-9: The Plaintiff's web-site URLs which can be typed into any internet browser: wakute.wixsite.com/fuel, wakute.wixsite.com/flood, wakute.wixsite.com/climate.

CERTIFICATE OF SERVICE FOR
INITIAL DISCOVERY AND DESCRIPTION OF CONTENTS

Thomas Hayes
1535 Franklin Street, #4F
Denver, CO 80218
(720) 391-5133
santeeseven@yahoo.com

Gavin Thole
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Gthole@keker.com

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
SAN FRANCISCO, CALIFORNIA 94102

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the enclosed Rule 56 (c) Addendum and Publicly Posted
Evidentiary Items and Witness Affidavits have been served and delivered by depositing
the same in the U.S. Certified Mail to the addresses enumerated above and by email to
the Defendant on August _____ 6 TH _____ , 2019.

THOMAS HAYES - Pro Se Plaintiff
1535 Franklin St - # 4F
Denver, CO 80218
(720) 391-5133

I declare (or certify, verify, or state) under penalty of perjury that the
foregoing is true and correct. Executed on August_____ 6 TH _____ , 2019.

Pro Se Plaintiff, Thomas Hayes

Signature: _____
Attorney for Plaintiff (pro se)

3

9/12/2018                                          (5) Link Blocked

Search                                             Thomas   Home   Create

**Link Blocked**

We believe the link you are trying to visit is malicious. For your safety, we
have blocked it.

Go back

About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Ad Choices   Terms   Help

Facebook © 2018
English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   日本語

D-1

(16) Link Blocked

Search                                          Thomas    Home    Create

**You Can't Go to This Link From Facebook**

The link you tried to visit goes against our **Community Standards.**

Go back

About   Create Ad   Create Page   Developers   Careers   Privacy   Cookies   Ad Choices   Terms   Account Security   Login Help   Help

Facebook © 2019
English (US)   Español   Français (France)   中文(简体)   العربية   Português (Brasil)   Italiano   한국어   Deutsch   हिन्दी   日本語

D-2

6/7/2019                                  Page Not Found • Instagram

Log in

## Sorry, this page isn't available.

The link you followed may be broken, or the page may have been removed. Go back to Instagram.

# AFFIDAVIT

I, Sharon Hayes, had joined Thomas Hayes' Facebook page as friends with Thomas Hayes in approximately July 2018.  I have viewed the facebook page that belongs to Thomas Hayes from Denver Colorado, as link:
https://www.facebook.com/thomas.hayes.71868964 .
Sometime after I had been invited to view the page I began to notice that the posts that Thomas Hayes had been posting were being blocked with a Facebook notice stating that Thomas Hayes' posts were being blocked.  They were censored and the message notified viewers that because the posts did not fit Facebook community standards.

I also then noticed that the email address santeeseven@yahoo.com was being blocked. When I tried to click on the link for the email address I was taken to another page that stated:

 "BLOCKED - We believe the link you are trying to visit is malicious. For your safety, we have blocked it."

I also noticed that all three of the web pages listed under the information section for Thomas Hayes were also being blocked: "You Can't Go to This Link From Facebook The link you tried to visit goes against our Community Standards."

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on _____April 27th_____, 2019.


Sharon Hayes
4508 East Brennan Drive #1
Sioux Falls SD   57110
(605) 940-8913

D-4

# AFFIDAVIT

I, Christiane, Ristau,  I viewed Thomas Hayes' Facebook page:
https://www.facebook.com/thomas.hayes.71868964 .
I had notice from July to sometime in September, 2018, that the posts that Thomas had
been posting were being blocked with a Facebook message stating that the posts did
not fit Facebook community standards.

During the same time period when I tried to click on the link for Thomas Hayes' email
address santeeseven@yahoo.  I was taken to another page that stated:  "BLOCKED -
We believe the link you are trying to visit is malicious. For your safety, we have blocked
it." So I had not been able to reach his email address.

The entire information section, including the web-pages, for Thomas Hayes were also
being blocked with this message displayed on another page: "You Can't Go to This Link
From Facebook. The link you tried to visit goes against our Community Standards."

I declare (or certify, verify, or state) under penalty of perjury that the
foregoing is true and correct. Executed on _May 31_____, 2019.

Christiane Ristau
Sioux City, IA
(712) 444-1076

D-5

# AFFIDAVIT

I, Christiane, Ristau,  I viewed Thomas Hayes' Facebook page:
https://www.facebook.com/thomas.hayes.71868964 .

When I tried to click on Thomas Hayes' email address I was taken to another page that
stated: "Instagram"   -   "Sorry, this page isn't available."
"The link you followed may be broken, or the page may have been removed. Go back to
Instagram."

I declare (or certify, verify, or state) under penalty of perjury that the
foregoing is true and correct. Executed on ___May 31___, 2019.

Christiane Ristau
Sioux City, IA

D-5



| Thomas Hayes | | |





### Thomas Hayes

Update Info | Activity Log

Timeline   About   Friends 325   Photos   Archive   More

**Intro**

Add a short bio to tell people more about yourself.
Add Bio

owner at Seventh Generation Fuels LLC



✉ santeeseven@yahoo.com
🌐 wakute.wixsite.com/climate
🌐 wakute.wixsite.com/fuel
🌐 wakute.wixsite.com/flood

**Photos**                    Add Photo



**YOUR PAGES**

 Seventh Generation F...  6

**CONTACTS**

Sharon Chastain
Colleen Lee Provost
James BullBear
Martin Sauve
Danell Joe
Valerie Falcon
KD Makawanjin
Cheryl Platania-Iree...
Shawnette Shawny F...

**GROUP CONVERSATIONS**

Create New Group

**MORE CONTACTS (20)**

---

Create Post   Photo/Video   Live Video   Life Event

 What's on your mind?

Photo/Video   Tag Friends   Feeling/Activity

Posts          Manage Posts   List View   Grid View

**Thomas Hayes**
September 3

Activists came together with marchers for a concert to mark the end of the first Longest Walk. From left to right: Muhammad Ali, Buffy Sainte-Marie, Floyd Red Crow Westerman, Harold Smith, Stevie Wonder, Marlon Brando, Max Gail, Dick Gregory, Richie Havens, and David Amram. 1978 Washington, D.C. Photo courtesy of David Amram, from IndiVisible: African–Native American Lives in the Americas.
I had been running all day long, taking water and salt pills up and down the highway st...
Continue Reading



**Mato Hayes**

This post goes against our Commu...
see it.

It's Not Spam

**Thomas Hayes**
September 3

I was born in Yankton South Dakota in
during a spring thunderstorm in April of
Although usually a person's life begins
the terror of generations of actual docu   Type a message...
was born because of the intergeneratio

SAT 6:29 PM

I love you and miss you Dad.

You can now call each other and see information like Active Status and when you've read messages.

TUE 10:24 AM

---



9/12/2018 (5) Thomas Hayes



Thomas Hayes

Thomas   Home   Create

Thomas Hayes

Edit Profile   Activity Log

Timeline   **About**   Friends 332   Photos   Archive   More

## About

**Overview**

Work and Education

Places You've Lived

Contact and Basic Info

Family and Relationships

Details About You

Life Events

owner at Seventh Generation Fuels LLC
August 21, 2018 to present

Add a school

Add your current city

Add your hometown

Add a relationship

(720) 391-5133

dakotah2815@gmail.com

santeeseven@yahoo.com (Instagram)

https://wakute.wixsite.com/climate
https://wakute.wixsite.com/fuel
https://wakute.wixsite.com/flood

April 26, 1957

## Friends

