IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
Honorable Magistrate Judge Thomas S. Hixson

Civil Action No. 19-cv-2106-TSH. HSG

THOMAS HAYES,
    Plaintiff,

v.

FACEBOOK,
    Defendant.

---

### RESPONSE TO DEFENDANT'S MOTION TO DISMISS

---

**COME NOW** Plaintiff, THOMAS HAYES, and Responds to the DEFENDANT'S MOTION TO DISMISS. The Plaintiff respectfully submits the Defendant's entire averment rest on the claim that the actionable statements regarding libel were not about THOMAS HAYES, the Plaintiff, yet the amended complaint filed July 19th, 2019, clearly explains the actionable content and legal standing on its face; that the remarks posted by FACEBOOK were about THOMAS HAYES, personally, and then directly about his business, which he had been promoting continuously in each post presented and then subsequently blocked by FACEBOOK. The only way a FACEBOOK viewer can gain access to the link: santeeseven@yahoo.com is from the personal information listed facialy on the "THOMAS HAYES" page. This is the information that is displayed directly on the left of the page and immediately visible to all viewers.

1

The following excerpt from the pro se and unskilled July 19th, 2019, Amended Complaint in question explains:

" D.   STATEMENT OF CLAIM(S)

CLAIM ONE:

On June 28th, 2018, the Plaintiff using a preplanned business strategy opened a FACEBOOK (the Defendant) account. FACEBOOK requests that in order to create a business page a personal page should be opened first so, THOMAS HAYES (the Plaintiff), opened a page in his name. THOMAS HAYES then created his accompanying business page under the name of SEVENTH GENERATION FUELS LLC (SGF-LLC). While creating his FACEBOOK page the Plaintiff added his SGF-LLC Wix.com web-pages and his email address santeeseven@yahoo.com to the personal information on his THOMAS HAYES page under his name. On June 28th, 2018, Hayes posted his first post on the THOMAS HAYES page. On June 30th, 2018, the Plaintiff posted his first post on the SGF-LLC page. Under the THOMAS HAYES page the Plaintiff posted approximately (some may have been deleted) 63 post's touting his Patent 9057024, his business SGF-LLC and his business objectives between June 28th and December 31, 2018. Under the SGF-LLC business page the Plaintiff posted 1 post in 2018. Although The Plaintiff had been using himself and his life stories to promote SGF-LLC. The SGF-LLC page had been kept clean from posts in 2018 with the hope that the Plaintiff would be able to report business successes on his SGF-LLC page derived from the Plaintiff's efforts using his THOMAS HAYES page. In 2019 under the THOMAS HAYES page there are approximately 33 posts. In 2019 the plan changed for the SGF-LLC page and 14 posts have been posted so far. The SGF-LLC page had never had an article or post spammed in 2018."

The THOMAS HAYES generated and accompanying SEVENTH GENERATION FUELS LLC page is not what the Plaintiff's complaint submits for relief to this Honorable Court but rather is the interpretation the Defendant has given the Plaintiff's complaint to suit their needs. The complaint states an actionable claim.

2

Regarding the blocking action accompanying the warning generated by FACEBOOK to it's viewers that the Plaintiff, THOMAS HAYES, was somehow "MALICIOUS" enough to block contact with the public is a serious charge. It should be considered in the weight of the statement and the harm done. Malicious means what it is intended to mean and had been clear enough in intent for the California Supreme Court to use it in their analysis:

> "Assuming, for pleading purposes, that this allegation is true, no discernible or compelling reason exists for denying him recovery for defendants' malicious libel." Slaughter v. Friedman , 32 Cal.3d 149 [L.A. No. 31541, Supreme Court of California. August 23, 1982.]

## CONCLUSION

The **DEFENDANT'S MOTION TO DISMISS** should be denied and the pro se Amended Complaint, filed July 19th, 2019, should be allowed to proceed. Additionally, Plaintiff's Rule 56 (c) Motion for Summary Judgment, filed August 6th, 2019, should be granted.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on August____15th_____, 2019.

_____
Thomas Hayes, pro se Plaintiff
1535 Franklin Street - #4F
Denver, CO 80218
santeeseven@yahoo.com
Telephone number 720-391-5133

Gavin Thole
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Gthole@keker.com

3

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
SAN FRANCISCO, CALIFORNIA 94102

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **RESPONSE TO DEFENDANT'S MOTION TO DISMISS** was served by and upon its filing with this Court by depositing in the U.S. Mail to the addresses set forth above on August _____15TH_____, 2019,

_____
THOMAS HAYES - Pro Se Plaintiff.