FILED

AUG 2 6 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
Honorable Magistrate Judge Hayward S. Gilliam, Jr

Civil Action No. 3:19-cv-2106-HSG.

THOMAS HAYES,
      Plaintiff,

v.

FACEBOOK,
      Defendant.

---

## MOTION TO CLARIFY TO THE REASSIGNED JUDGE THE EVIDENCE AND FACTUAL BASIS AS IT RELATES TO THE PRO SE COMPLAINT

---

**COME NOW** Plaintiff, Thomas Hayes, and moves to clarify the factual basis of this case.

Whereas the instant case is a libel case it is concerned with the printed word. Here the libel was

posted by FACEBOOK and launched from the personal information by clicking on THOMAS

HAYES' email address: santeesevn@yahoo.com , the message can only be reached from

THOMAS HAYES's FACEBOOK (see screen-shot attached as page-A) page; or, by the

ABOUT THOMAS HAYES page (see attached as page-B). The verbatim printing of the libel

as captured on a screen-picture states: **"BLOCKED - We believe the link you are trying to**

**visit is malicious. For your safety, we have blocked it"** (see attached as Page-C). THOMAS

HAYES is listed as the owner of the email link being called "malicious" by FACEBOOK

1

themselves.  Their compilation and positioning of the PERSONAL INFORMATION just under

the owners name makes clear in this case that the link belongs to the Complainant/Movant

(attached as page-A). To reiterate there is no other avenue to reach the link

santeeseven@yahoo.com from FACEBOOK other than the Plaintiff's personally designated

THOMAS HAYES page.  In closing the FACEBOOK VIEWERS and AFFIANTS declaration's

(see Affidavits attached as pages D through F) are antithetical to the court's determination that

the "malicious" statement did not hurt the Plaintiff because it could not be associated with

THOMAS HAYES.


## CONCLUSION

Being pro se the Plaintiff understands the inability to represent himself against such a skilled and

well facilitated adversary such as FACEBOOK in getting the relevant substantive facts before

this honorable court.  It is with this prayer and the mitigation and clarification of the facts

allowed in this case so far, the Plaintiff respectfully request that the Honorable Judge Gilliam

now review the facts of this case de novo.


I declare (or certify, verify, or state) under penalty of perjury that the
foregoing is true and correct. Executed on August_____21 31_____, 2019.

Thomas Hayes, pro se Plaintiff
1535 Franklin Street - #4F
Denver, CO 80218
santeeseven@yahoo.com
Telephone number 720-391-5133

2

Gavin Thole
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Gthole@keker.com

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
SAN FRANCISCO, CALIFORNIA 94102

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **MOTION FOR SUMMARY JUDGEMENT UNDER RULE 56 (c)** was served by and upon its filing with this Court by depositing in the U.S. Mail to the addresses set forth above on August ___21st___ , 2019,

_____
THOMAS HAYES - Pro Se Plaintiff.

3

12/29/2018                                                    Thomas Hayes

Thomas Hayes                                   Thomas    Home    Create

YOUR PAGES



YOUR PAGES

Seventh Generation F...  6

CONTACTS

Linda Tenequer

Dorothi Tobacco

Elizabeth Mckenzie

Sharon Chastain

Sara Bell

Wanda Cruz

Martin Sauve

Douglas Allen

Peggy Jo Mclaughlin

GROUP CONVERSATIONS

Create New Group

MORE CONTACTS (20)



Thomas Hayes                    Update Info  |        Activity Log

Timeline    About    Friends 324    Photos    Archive    More

### Intro

Add a short bio to tell people more about yourself.
Add Bio

owner at Seventh Generation Fuels LLC



santeeseven@yahoo.com

wakute.wixsite.com/climate

wakute.wixsite.com/fuel

wakute.wixsite.com/flood

### Photos                          Add Photo



Create Post     Photo/Video     Live Video     Life Event

What's on your mind?

Photo/Video        Tag Friends        Feeling/Activity

Posts                    Manage Posts        List View        Grid View

**Thomas Hayes**
September 3

Activists came together with marchers for a concert to mark the end of the
first Longest Walk. From left to right: Muhammad Ali, Buffy Sainte-Marie,
Floyd Red Crow Westerman, Harold Smith, Stevie Wonder, Marlon Brando,
Max Gail, Dick Gregory, Richie Havens, and David Amram. 1978 Washington,
D.C. Photo courtesy of David Amran, from IndiVisible: African–Native
American Lives in the Americas.
I had been running all day long, taking water and salt pills up and down the
highway st...
Continue Reading



Mato Hayes

This post goes against our Commu
see it.

It's Not Spam

Call me as soc  a  yo  can
There  s a lot go  ng on
working with a bunci  of  ther
Nat  e  o  a big projec
  val ing energy. I cai  use
yoi   elp  Bi  make s  re  to
call  a     ey email address
santeesi ve  @ya oo com
'20-391-513'

I  ove you son  yo   e right
 me  nake si re to
call   henever you ge  th
char    Dad

I not  . S33.080.000 lawsi

**Thomas Hayes**
September 3

I was born in Yankton South Dakota in
during a spring thunderstorm in April of
Although usually a person's life begins
the terror of generations of actual docu    Type a message...
was born because of the intergeneratic

9/12/2018                                        (5) Thomas Hayes

Thomas Hayes                                          Thomas    Home    Create

Edit Profile          Activity Log

Timeline     **About**     Friends 332     Photos     Archive     More

## About

Overview

Work and Education

Places You've Lived

Contact and Basic Info

Family and Relationships

Details About You

Life Events

owner at Seventh Generation Fuels LLC
August 21, 2018 to present

Add a school

Add your current city

Add your hometown

Add a relationship

(720) 391-5133

dakotah2818@gmail.com

santeeseven@yahoo.com (Insta
gram)

https://wakure.wixsite.com/climat
e
https://wakure.wixsite.com/fuel
https://wakure.wixsite.com/flood

April 26, 1957

## Friends



9/12/2018                                           (5) Link Blocked

Search                                              A-d  thomas    

**Link Blocked**

We believe the link you are trying to visit is malicious. For your safety, we
have blocked it.

**Go back**

About    Create Ad    Create Page    Developers    Careers    Privacy    Cookies    Ad Choices    Terms    Help

Facebook @ 2018
English (US)  Español  Francais (France)  中文(简体)  العربية  Português (Brasil)  Italiano  한국어  Deutsch  हिंदी  日本語

C

https://www.facebook.com/flx/warn/?u=https%3A%2F%2Fwakute.wixsite.com%2Fclimate&h=AT3Zbis2PKo4hZTeWwqpH2Z20vmDrJsjLPID11SL_Bm...        1/1

# AFFIDAVIT

I, Sharon Hayes, had joined Thomas Hayes' Facebook page as friends with Thomas Hayes in approximately July 2018.  I have viewed the facebook page that belongs to Thomas Hayes from Denver Colorado, as link:
https://www.facebook.com/thomas.hayes.71868964 .
Sometime after I had been invited to view the page I began to notice that the posts that Thomas Hayes had been posting were being blocked with a Facebook notice stating that Thomas Hayes' posts were being blocked.  They were censored and the message notified viewers that because the posts did not fit Facebook community standards.

I also then noticed that the email address santeeseven@yahoo.com was being blocked. When I tried to click on the link for the email address I was taken to another page that stated:

"BLOCKED - We believe the link you are trying to visit is malicious. For your safety, we have blocked it."

I also noticed that all three of the web pages listed under the information section for Thomas Hayes were also being blocked: "You Can't Go to This Link From Facebook The link you tried to visit goes against our Community Standards."

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on ____April 27th____ , 2019.

_____
Sharon Hayes
4508 East Brennan Drive #1
Sioux Falls SD   57110
(605) 940-8913

D

# AFFIDAVIT

I, Christiane, Ristau,  I viewed Thomas Hayes' Facebook page:
https://www.facebook.com/thomas.hayes.71868964 .
I had notice from July to sometime in September, 2018, that the posts that Thomas had been posting were being blocked with a Facebook message stating that the posts did not fit Facebook community standards.

During the same time period when I tried to click on the link for Thomas Hayes' email address santeeseven@yahoo.  I was taken to another page that stated:  "BLOCKED - We believe the link you are trying to visit is malicious. For your safety, we have blocked it."  So I had not been able to reach his email address.

The entire information section, including the web-pages, for Thomas Hayes were also being blocked with this message displayed on another page: "You Can't Go to This Link From Facebook.  The link you tried to visit goes against our Community Standards."

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on __May 31__, 2019.

Christiane Ristau
Sioux City, IA
(712) 444-1076

E

# AFFIDAVIT

I, Christiane, Ristau,  I viewed Thomas Hayes' Facebook page:
https://www.facebook.com/thomas.hayes.71868964 .

When I tried to click on Thomas Hayes' email address I was taken to another page that
stated: "Instagram"  -   "Sorry, this page isn't available."
"The link you followed may be broken, or the page may have been removed. Go back to
Instagram."

I declare (or certify, verify, or state) under penalty of perjury that the
foregoing is true and correct. Executed on __May 31__ , 2019.

Christiane Ristau
Sioux City, IA

F