UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS HAYES,

          Plaintiff,

   v.

FACEBOOK,

          Defendant.

Case No.  19-cv-02106-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS COMPLAINT WITH PREJUDICE**

Re: Dkt. Nos. 11, 13, 14, 18, 19

      The Court has reviewed Magistrate Judge Hixson's Report and Recommendation to Dismiss Complaint with Prejudice, as well as the objections to the report.  The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.  Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's amended complaint is **DISMISSED WITH PREJUDICE** and Defendant's motion to dismiss (Docket No. 11); Plaintiff's motion for summary judgment (Docket No. 13); Plaintiff's petition for permission to appeal (Docket No. 18); and Plaintiff's motion to clarify complaint (Docket No. 19) are **DENIED AS MOOT**.  The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated:  9/5/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge