UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Tenth Circuit Case No._____.

THOMAS HAYES,                      )
Petitioner-Appellant,              )
v.                                 )
FACEBOOK,                          )   Case No. 19-cv-02106-HSG
Respondent-Appellee.               )
                                   )
                                   )
                                   )

FILED
RECEIVED
19-2106-HSG   SEP 18 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

NOTICE OF APPEAL

Appeal from the United States District Court
for the Northern District of California
Honorable Haywood S. Gilliam

Question: If the Magistrate Judge's Recommendation to dismiss complaint with prejudice had misinterpreted the factual basis of the case and subsequently applied higher court precedent that is valid as a defense in a similar type of libel civil suit but meant for a totally different branch of libel litigation; is it a violation of the Plaintiff's Due Process right to seek relief in a civil constitutional case or controversy, or, a suspension of his constitutional right to seek protection from the civil torts of others?

Factual Background:

Plaintiff, Thomas Hayes, filed a pro se and unskilled complaint and civil action in the United States District Court of Colorado for libel against FACEBOOK. The Colorado court ordered the complaint be amended as it originally had been very unskilled. The case was transferred to the Northern District of California per FACEBOOK's forum clause, where, the original complaint was dismissed and the Plaintiff allowed to amend after the first telephonic phone conference with the Honorable Magistrate Judge Thomas Hixson. The third amended complaint had been recommended for dismissal by

1

Magistrate Judge Hixson and the report and recommendation was adopted by the Honorable District Judge Haywood S. Gilliam, Jr.

Plaintiff, Thomas Hayes, opened a FACEBOOK account on June28th, 2018, for his personal identity and opened an attached and accompanying business account under the name Seventh Generation Fuels LLC on the same date in 2019, in order to promote his business Seventh Generation Fuels LLC and his U.S.Patent 9057024, which is a new non-fossil fuel technology and an advanced form of electrolysis.

The following is an excerpt of the amended complaint, filed July 28th, 2019, which had been at issue for standing in the district court and is now being prayed for to be heard on appeal due to the misinterpretation of the factual basis:

> Sometime after July 10th, 2018, Plaintiff discovered that his posts/articles were being continually spammed on the Plaintiff's, THOMAS HAYES page. Spamming a post blocks the post from FACEBOOK viewers. The Plaintiff gave notice to the Defendant that the Plaintiff was being harassed requesting them to stop through several posts and attempts to contact them receiving no reply back. The Plaintiff then filed a civil lawsuit in Federal Court in Colorado and immediately posted the case site on his THOMAS HAYES page which again requests they stop and apologize. Again no action was taken by the Defendant, FACEBOOK. The Colorado case was transferred to the Northern District of California.
>
> From sometime after July 28th, 2018, until September 12th, 2018, the Defendant publicly posted the following message and displayed it to all active Facebook users, investors and viewers whenever they clicked on the Plaintiff's, THOMAS HAYES page's email address santeeseven@yahoo.com : "BLOCKED - We believe the link you are trying to visit is malicious. For your safety, we have blocked it."
>
> On September 22nd, 2018, the Defendant's email blocking post had been changed by FACEBOOK to a message that states: "You Can't Go to This Link From Facebook. The link you tried to visit goes against our Community Standards."  End of excerpt.

The "malicious" comment posted publicly by FACEBOOK is directly attached to the personal identity of the Pro se Plaintiff, THOMAS HAYES, and the accused libel can not

2

be reached any other route than by the THOMAS HAYES page, not his business page as the applied precedent recommended by the magistrate judge and then accepted by the district court misinterprets.

The Plaintiff/Appellant, THOMAS HAYES, has researched that, if the factual background of this case is used as an analogy and a testing-maze and is understood correctly, there are analogies in the testing of memory and object recognition that could verify that shurely a reasonable person could make the connection between the Plaintiff's name and the slander; if, in a mouse test subject, it is a piece of cheese waiting on the end of the test.

The Behavioral Core User Manual, used to test the memory of mice among other things prepares scientist on how to conduct their experiments, published by: Broadway Research Building Suite B15 Mikhail V. Pletnikov, MD, PhD Behavioral Core Director Jennifer L. Yocum, MA Behavioral Core Coordinator Novel Object Recognition. The manual lists test showing the amount of memory in mice, the following is an excerpt from page 23:

> This test used to examine memory in animals. The mouse is presented with an object during acclimation and then in testing presented with a novel(new) object, and the amount of time the animal spends exploring the novel object is recorded. The mouse is then challenged further with a subsequent test where the novel object is moved.

I respectfully submit to this Honorable Court that tests show that mice will recognize and return to a name (object) or sign and push a button which will open a door to some cheese. Further the same mouse can be relied on to recognize the same name, or sign and return to push the button and get some more cheese, if his memory recognition is good.

The Plaintiff respectfully suggest that the district court simply misinterpreted the factual basis as anyone might have done; that the launching of the page displaying the "malicious" statement had been made from the Plaintiff's Seventh Generation Fuels LLC (SGF-LLC) page, which if it had been the higher court precedent would have been applicable. In fact the email link in question santeeseven@yahoo.com can not be reached nor the "malicious" statement, from the SGF-LLC company page, so the question as to whether a reasonable reader of the libel can make the connection between the name of the company owner and the company litigated against for

3

slandering someone is misplaced. The question of whether the liability of the libel is transferred to the company's unknown or unlisted company owner at the time the libel had been made is irrelevant in the instant case because the factual basis is completely distinguishable from precedent and here the libel is launched from the Plaintiff's full birth name.

In the interest of justice a de novo review should be granted of the factual basis of the libel consisting of three computer screen photographs printed on paper and three affidavits of FACEBOOK VIEWERS that witnessed both the statement and the nexus that distinguishes the instant case from the scenarios in the precedent used (all attached hereinafter); the affiants viewed the defendant's publically printed libel and made the connection to the Plaintiff, THOMAS HAYES.

## PRAYER

The Plaintiff respectfully prays that the Honorable Ninth Circuit will grant a de novo review of the factual basis of the instant case.

Plaintiff hereby appeal to the United States Court of Appeals for the Ninth Circuit entered in this action on the ___13TH___ day of September, 2019.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on the ___13TH___ day of September, 2019.

Signature: _____/s/ Thomas Hayes_____
Pro Se Plaintiff, Thomas Hayes

Thomas Hayes
1535 Franklin Street, #4F
Denver, CO 80218
(720) 391-5133

Gavin Thole
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

4

OFFICE OF THE CLERK
United States Court of Appeals for the Ninth Circuit
95 7th Street
San Francisco, CA 94103

OFFICE OF THE CLERK
U.S. District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, California  94102

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served by and upon its filing with this Court by depositing in the U.S. Mail to the addresses set forth above on the ___13th___ day of September, 2019,

THOMAS HAYES - Pro Se Plaintiff.