UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS HAYES,<br><br>    Plaintiff,<br><br>v.<br><br>FACEBOOK,<br><br>    Defendant. | Case No. 19-cv-02106-HSG<br><br>**ORDER DENYING IN FORMA PAUPERIS STATUS**<br><br>Re: Dkt. Nos. 21, 23 |

On September 18, 2019, Plaintiff Thomas Hayes filed a notice of appeal of this Court's September 5, 2019, order to dismiss the complaint with prejudice. *See* Dkt. No. 21. On September 24, 2019, the Ninth Circuit referred the matter for the limited purpose of determining whether in forma pauperis ("IFP") status should continue for the appeal. *See* Dkt. No. 23. The Court finds the issues presented by the appeal are frivolous and that the appeal is not taken in good faith. *See* 28 U.S.C. §§ 1915(a)(3), (e)(2)(B)(i); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). Accordingly, the Court **DENIES** leave to proceed in IFP status on appeal.

**IT IS SO ORDERED.**

Dated: October 1, 2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge